# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GILBERT, JOHN P | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>301 WEST MAIN STREET<br>BENTON, IL 62812 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GILBERT, JOHN P** | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old National Bank | Mortgage on Investment Property | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | K | T | | | | | |
| 3. COM. AT&T | A | Dividend | | | sell | 11/25 | J | A | |
| 4. COM. WALT DISNEY | A | Dividend | J | T | | | | | |
| 5. COM. MFS GV.PL | A | Dividend | K | T | | | | | |
| 6. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 7. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 8. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 9. ROYALTY-UNION OIL | A | Dividend | J | T | | | | | |
| 10. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 11. UNITS MEADOW RIDGE - ASSESSED VALUE $165,000 | E | Rent | M | S | | | | | |
| 12. TIME SHARES - CANCUN VIVA, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 13. BOND - U.S. TREASURY | B | Int | | | redeem | 10/25 | K | A | |
| 14. COM. TCW CONV. | A | Dividend | J | T | | | | | |
| 15. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 16. COM PHILLIPS PETROL | A | Dividend | | | sell | 8/23 | J | A | |
| 17. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM ALLETE | A | Dividend | J | T | | | | | |
| 19. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 20. COM SARA LEE | A | Dividend | J | T | | | | | |
| 21. NOTE U.S. TREASURY | A | Interest | | | redeem | 3/21 | J | A | |
| 22. NOTE U.S. TREASURY | A | Interest | | | redeem | 10/18 | J | A | |
| 23. NOTE U.S. TREASURY | A | Interest | | | redeem | 6/17 | J | A | |
| 24. COM CITIZENS COMM. | A | Dividend | J | T | | | | | |
| 25. BOND FED. NAT'L MTG | A | Interest | | | sell | 5/6 | J | A | |
| 26. COM COCA-COLA | A | Dividend | J | T | | | | | |
| 27. COM GEN ELECT | A | Dividend | J | T | | | | | |
| 28. COM IBM | A | Dividend | | | sell | 8/23 | J | A | |
| 29. COM MOTOROLA | A | Dividend | J | T | | | | | |
| 30. COM HPQ | A | Dividend | J | T | | | | | |
| 31. COM SELEGMAN | A | Dividend | J | T | | | | | |
| 32. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 33. COM 3-COM | A | Dividend | | | sell | 1/18 | J | A | |
| 34. COM TRICON GLBL | A | Dividend | | | sell | 6/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 36. COM ORACLE | A | Dividend | J | T | | | | | |
| 37. COM MEDITRUST CORP | A | Dividend | | | sell | 5/6 | J | A | |
| 38. COM AM. HOME PRODUCTS | A | Dividend | | | sell | 5/6 | J | A | |
| 39. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 40. COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 41. COM G.M. SERIES G | A | Dividend | | | redeem | 5/4 | K | A | |
| 42. COM WALMART | A | Dividend | J | T | | | | | |
| 43. COM WESTERN RESOUR (f/k/a Westar)) | A | Dividend | J | T | | | | | |
| 44. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 45. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 46. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 47. BOND SO. ILL. HOSP. | A | Interest | | | redeem | 9/26 | J | A | |
| 48. COM TIME WARNER (f/n/a AOL) | A | Dividend | J | T | | | | | |
| 49. COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 50. COM EASTMAN KODAK | A | Dividend | | | sell | 12/5 | J | A | |
| 51. COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 53. COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 54. COM FORD | A | Dividend | J | T | | | | | |
| 55. COM AVAYA INC | A | Dividend | | | sell | 2/7 | J | A | |
| 56. COM EMC | A | Dividend | J | T | | | | | |
| 57. COM MIRANT CORP | A | Dividend | | | sell | 4/29 | J | A | |
| 58. COM TYCO | A | Dividend | J | T | | | | | |
| 59. COM PALMONE | A | Dividend | | | sell | 7/14 | J | A | |
| 60. COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 61. BOND BK OF AMERICA | A | Interest | | | redeem | 5/6 | J | A | |
| 62. BOND LAQUINTA | A | Interest | | | redeem | 10/28 | J | A | |
| 63. COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 64. COM HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 65. BOND CHI IL LAKE FRONT | A | Interest | | | redeem | 2/28 | J | A | |
| 66. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 67. COM AGERE SYSTEMS | A | Dividend | | | sell | 7/14 | J | A | |
| 68. COM COMCAST CORP | A | Dividend | | | sell | 2/7 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 70. COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 71. COM LUCENT | A | Dividend | | | sell | 7/14 | J | A | |
| 72. COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 73. COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 74. COM AES | A | Dividend | J | T | | | | | |
| 75. COM TELEFONOS | A | Dividend | J | T | | | | | |
| 76. COM ADESA INC. | A | Dividend | J | T | | | | | |
| 77. COM CORNING | A | Dividend | J | T | BUY | 5/23 | J | | |
| 78. COM INTEL | A | Dividend | J | T | BUY | 5/23 | J | | |
| 79. COM SUNW | A | Dividend | J | T | BUY | 5/23 | J | | |
| 80. COM TEX INST | A | Dividend | J | T | BUY | 6/27 | J | | |
| 81. CD BK HAPOALIM | B | Interest | K | S | BUY | 6/27 | K | | |
| 82. CD BK HAPOALIM | B | Interest | K | T | BUY | 9/20 | K | | |
| 83. CD CAR FIRST | B | Interest | K | T | BUY | 7/19 | K | | |
| 84. CD DISCOVER BK | B | Interest | K | T | BUY | 8/22 | K | | |
| 85. CD PROVIDENT | B | Interest | K | T | BUY | 3/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CD FIRST SIGN | B | Interest | K | T | BUY | 3/14 | K | | |
| 87. BOND FNMA | B | Interest | K | T | BUY | 4/19 | K | | |
| 88. BOND GMAC | A | Interest | K | T | BUY | 3/14 | K | | |
| 89. BOND GMAC | A | Interest | K | T | BUY | 6/27 | K | | |
| 90. BOND GMAC | B | Interest | | | BUY | 12/6 | K | | |
| 91. BOND GMAC | A | Interest | K | T | BUY | 11/15 | K | | |
| 92. CD MID FIRST | B | Interest | K | T | BUY | 6/27 | K | | |
| 93. BOND SEARS | A | Interest | J | T | BUY | 11/15 | J | | |
| 94. COM ALLSCRIPTS HEALTH | A | Dividend | J | T | BUY | 11/14 | J | | |
| 95. COM CAREMARK | A | Dividend | J | T | BUY | 11/14 | J | | |
| 96. COM VITAL IMAGES | A | Dividend | J | T | BUY | 11/14 | J | | |
| 97. CD BK OF OKLAHOMA | A | Interest | J | T | BUY | 8/4 | J | | |
| 98. BOND FHLMC 6.10% | A | Interest | | | BUY | 12/15 | J | | |
| 99. BOND GMAC 5% | A | Interest | J | T | BUY | 9/15 | J | | |
| 100. CD HUNINGTON 5% | A | Interest | K | T | BUY | 3/19 | K | | |
| 101. CD HUNINGTON 4.05% | A | Interest | J | T | BUY | 9/26 | J | | |
| 102. BOND CHICAGO IL 5.125% | A | Interest | K | T | BUY | 1/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BOND LEHMAN BRO. | A | Interest | J | T | BUY | 8/31 | J | | |
| 104. COM EXELON | A | Dividend | J | T | BUY | 9/23 | J | | |
| 105. COM GOOGLE | A | Dividend | J | T | BUY | 5/23 | J | | |
| 106. PREF STOCK CIPS 4% | A | Dividend | J | T | BUY | 6/8 | J | | |
| 107. COM AMEREN | A | Dividend | K | T | BUY | 11/18 | K | | |
| 108. COM EMPIRE DIST ELEC | A | Dividend | K | S | BUY | 4/20 | K | | |
| 109. COM Freescale Semi-Con (spinoff of Motorola) | A | Dividend | J | T | | | | | |
| 110. COM FPL | A | Dividend | J | T | BUY | 5/24 | J | | |
| 111. COM AGRBX | A | Dividend | J | T | BUY | 2/9 | J | | |
| 112. COM LUCENT | A | Dividend | J | T | BUY | 7/19 | J | | |
| 113. COM AGTHX | A | Dividend | J | T | BUY | 11/15 | J | | |
| 114. COM SMCWX | A | Dividend | J | T | BUY | 11/15 | J | | |
| 115. COM ABBOTT LAB | A | Dividend | J | T | BUY | 2/15 | J | | |
| 116. COM Hospira (spinoff of Abbott) | A | Dividend | J | T | | | | | |
| 117. COM JOHNSON & JOHNSON | A | Dividend | J | T | BUY | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 5, 2006_

NOTE: ANY ████████████████████ IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI█

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544